IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 06-171 |
| | ) |
| KEVIN WATSON, | ) |
| Defendant. | ) |

ORDER

AND NOW, this 6th day of February, 2007, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered May 17, 2006, IT IS HEREBY ORDERED that a hearing on the defendant's change of plea is set for Thursday, February 15, 2007 at 11 a.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

IT IS FURTHER ORDERED that the pretrial conference, scheduled for February 9, 2007, and jury selection and trial, scheduled for February 20, 2007, are hereby cancelled.

BY THE COURT:

s/Gary L. Lancaster
Gary L. Lancaster,
United States District Judge

cc:  James H. Love,
     Assistant United States Attorney

     Mark D. Lancaster, Esquire
     445 Ft. Pitt Blvd.
     Suite 100
     Pittsburgh, PA 15219

     U.S. Marshal

     U.S. Pretrial Services

     U.S. Probation