IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | Criminal No. 06-171 |
| | ) | |
| KEVIN WATSON, | ) | |
| Defendant. | ) | |

<u>ORDER</u>

AND NOW, this 13th day of February, 2005, IT IS HEREBY ORDERED that the hearing on defendant's change of plea, scheduled for February 15, 2007, will now be held before the undersigned on <u>Friday, March 2, 2007 at 11:30 a.m.</u>.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161(h)(8)(A), the period of delay resulting from this continuance shall be excluded in computing the time within which the trial of the above-captioned action must commence, because the court concludes that the ends of justice served by granting the extension of time outweigh the interests of the public and defendant in a speedy trial.

BY THE COURT:

<u>s/Gary L. Lancaster</u>
Gary L. Lancaster,
United States District Judge

cc: James H. Love,
    Assistant United States Attorney

   Mark D. Lancaster, Esquire
   445 Ft. Pitt Blvd.
   Suite 100
   Pittsburgh, PA 15219

   U.S. Marshal

   U.S. Pretrial Services

   U.S. Probation